# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 10-CR-110-LRR |
| vs. | **ORDER** |
| RICKY PATTEN, | |
| Defendant. | |

_____

The matter before the court is United States Magistrate Judge Jon S. Scoles's Report and Recommendation (docket no. 18), which recommends that the undersigned deny Defendant's "Motion to Suppress" ("Motion") (docket no. 9). The time to object to the Report and Recommendation has expired. Defendant Ricky Patten has not filed any objections to the Report and Recommendation. Defendant has thus waived his right to de novo review of the Report and Recommendation. *See, e.g., United States v. Rodriguez*, 484 F.3d 1006, 1010-11 (8th Cir. 2007) ("[Defendant's] 'failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact therein.'" (quoting *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001)). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 18). The Motion (docket no. 9) is **DENIED**.

**IT IS SO ORDERED**.

**DATED** this 27th day of December, 2010.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA